```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
CLIVE LINO,

                Plaintiff,

-against-

DIAMOND RESORTS INTERNATIONAL
MARKETING INC., AND HILTON RESORTS
CORPORATION, d/b/a HILTON GRAND
VACATIONS, HILTON GRAND VACATIONS
CLUB, LLC AND EXPERIAN INFORMATION
SOLUTIONS, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2023
```

23 Civ. 4174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the joint letter submitted by Plaintiff and Defendants Diamond Resorts International Marketing, Inc., Hilton Resorts Corporation, and Hilton Grand Vacations Club, LLC (together, the "Diamond and Hilton Defendants") dated August 4, 2023. ECF No. 36. Plaintiff and the Diamond and Hilton Defendants request "an order staying proceedings . . . against the Diamond and Hilton Defendants pending the completion of [an] arbitration [pursuant to 9 U.S.C. § 3], mooting the [Diamond and Hilton Defendants'] anticipated motion . . . . [and] exempt[ing] [the Diamond and Hilton Defendants] from participating in the joint letter and proposed case management plan submission[.]" ECF No. 36 at 1. Accordingly:

1. Plaintiff and the Diamond and Hilton Defendants' requests are GRANTED.
2. The matter is partially STAYED as to the Diamond and Hilton Defendants until further order of the Court.
3. The briefing schedule for the Diamond and Hilton Defendants' anticipated motion, ECF No. 33, is VACATED.
4. The Diamond and Hilton Defendants are exempted from filing a joint letter and proposed case management plan at this time.

    This order does not affect Plaintiff's and Defendant Experian Information Solutions, Inc.'s ("Experian") deadline to submit a joint letter and proposed case management plan by August 8, 2023. ECF No. 35. In the joint letter, Experian shall state its position on Plaintiff's assertion that "the stay of the proceedings against the Diamond and Hilton Defendants will not affect [his] claims against Experian as these claims are based upon Experian's independent duty to properly investigate the dispute." ECF No. 36 at 2.

    SO ORDERED.

Dated: August 4, 2023
       New York, New York

ANALISA TORRES
United States District Judge