```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
CLIVE LINO,

                Plaintiff,

-against-

DIAMOND RESORTS INTERNATIONAL MARKETING INC., AND HILTON RESORTS CORPORATION, d/b/a HILTON GRAND VACATIONS, HILTON GRAND VACATIONS CLUB, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.

23 Civ. 4174 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for December 19, 2023, is VACATED.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge