UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
CLIVE LINO,                :
               :
          Plaintiff,     :
               :     23-CV-04174 (JAV)
   -v-              :
               :          ORDER
               :
DIAMOND RESORTS INTERNATIONAL    :
MARKETING INC., *et al.*,      :
               :
          Defendants.   :
               X
--------------------------------------------------------------------
JEANNETTE A. VARGAS, United States District Judge:

    On August 4, 2023, the Court granted a stay in this action, pending the completion of arbitration. ECF No. 37. To the extent the stay was not recorded in this action, it is HEREBY ORDERED that this action is STAYED. The Clerk is directed to administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

    The parties are FURTHER ORDERED to file a status report letter every six months as to the commencement and progress of arbitration proceedings. The first status letter shall be due on **August 19, 2025**, and should include an explanation regarding the delay in commencing those proceedings.

SO ORDERED.

Dated: February 19, 2025                       _____
     New York, New York                  JEANNETTE A. VARGAS
                                         United States District Judge