UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
CLIVE LINO,      :
      :
      Plaintiff,      :
      :  23-CV-04174 (JAV)
  -v-      :
      :  <u>ORDER</u>
DIAMOND RESORTS INTERNATIONAL      :
MARKETING INC., et al.,      :
      :
      Defendants.      :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated February 19, 2025, ECF No. 51, the parties were required to file a status report every six months as to the commencement and progress of arbitration proceedings. In accordance with those Orders, the parties were to file the status report on August 19, 2025. To date, the parties have not filed the joint status report regarding the commencement and progress of arbitration proceedings. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 22, 2025**.

      SO ORDERED.

Dated: September 15, 2025
      New York, New York      _____
            JEANNETTE A. VARGAS
            United States District Judge